IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BASLE HOLDINGS LTD.,
CHATSWORTH ASSET MANAGEMENT, LTD.,
COMMODITY TRADE LTD.,
KILGARVAN INVESTMENT & HOLDING CO., LTD.,
MICHAEL T. CRONIN, ESQUIRE, and
MAX SCHMID,

      Plaintiffs,

                         Case No.  8:07-CV-01686-T-23MAP

v.

FREEHAND SYSTEMS, INC., f/k/a
U.S. ENVIRONMENTAL, INC.,
ANGELO J. PANZARELLA,
RON HOTTOVY, and
HOLLADAY STOCK TRANSFER, INC.,

      Defendants.

_____

## MOTION FOR ENTRY OF DEFAULT BY CLERK

Plaintiffs, Basle Holdings, Ltd., Chatsworth Asset Management, Ltd., Commodity Trade Ltd., Kilgarvan Investment & Holding Co., Ltd., Michael T. Cronin and Max Schmid ("Plaintiffs"), pursuant to Rule 55, Federal Rules of Civil Procedure, move for the entry of a default against HOLLADAY STOCK TRANSFER, INC. ("Holladay"), and as grounds therefore state:

    1.    On or about September 20, 2007, Plaintiffs filed their Verified Complaint and caused the issuance of a Summons for service on Holladay.

    2.    On October 24, 2007, a process server served the Summons and Complaint on Holladay.  (Affidavit of Service attached as Exhibit "A").

3.     Holladay has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.  As a result, Plaintiffs are entitled to have the Clerk enter a default against Holladay under Rule 55(a), Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request the entry of a default by the clerk against HOLLADAY STOCK TRANSFER, INC.

## MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT

Plaintiffs served Holladay with the Summons and Verified Complaint in this case. Holladay has failed to plead or otherwise defend in the time provided under the Federal Rules of Civil Procedure.  As a result, Plaintiffs are entitled to have the Clerk enter a default under the Federal Rules of Civil Procedure.  See Rule 55(a), Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 18th of January 2008, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  **Jose M. Ferrer, Esq.,** Baker & McKenzie, LP, Mellon Financial Center, 1111 Brickell Avenue, # 1700 Miami, Florida 33131, jose.ferrer@bakernet.com and **Daniel L. Wallach**, Becker & Poliakoff, P.A., 3111 Stirling Road, Flort Laudersale, Florida 33312-6525. dwallach@becker-poliakoff.com *(Attorneys for Freehand System and Ron Hottovy).*

I FURTHER CERTIFY that a copy of the foregoing and the notice of electronic filing was mailed on this 18th day of January 2008, by first class mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Angelo J. Panzarella<br>16225 N. Cave Creek Road, Lot 133<br>Phoenix, AZ 85032 | Holladay Stock Transfer, Inc.<br>2939 N. 67th Place<br>Scottsdale, AZ 85251 |

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Darryl R. Richards
Darryl R. Richards – FBN: 0348929
darrylr@jpfirm.com
Post Office Box 1100
Tampa, Florida 33601-1100
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

115598

# EXHIBIT "A"

AO-440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/24/07 |
| NAME OF SERVER ((PRINT)) CRAIG LOWE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Serve on Tom Laucks, Secretary of the Board for Holladay Stock Transfer, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/07
             Date

Signature of Server

Arizona Quick Serve
9393 N. 90th St. Ste 121
Scottsdale, AZ 85258

*Address of Server*

98503/79013

113267