**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BASLE HOLDINGS LTD.; CHATSWORTH ASSET MANAGEMENT, LTD.; COMMODITY TRADE LTD.; KILGARVAN INVESTMENT & HOLDING CO., LTD.; MICHAEL T. CRONIN, ESQUIRE; and MAX SCHMID,**

                Plaintiffs,

-vs-                                        Case No.  8:07-cv-1686-T-23MAP

**FREEHAND SYSTEMS, INC. f/k/a U.S. Environmental, Inc.; ANGELO J. PANZARELLA; RON HOTTOVY, and HOLLADAY STOCK TRANSFER, INC.,**

                Defendants.
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Holladay Stock Transfer, Inc.,** in Tampa, Florida, on this 22nd day of January 2008.

                                                              SHERYL L. LOESCH, CLERK

                                                              By:    s/C. Hodges, Deputy Clerk

Copies furnished to:

Counsel of Record
Any Unrepresented Party