UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BASLE HOLDINGS, LTD., et
al.,

      Plaintiffs,

v.                                Case No.  8:07-cv-1686-T-33MAP

FREEHAND SYSTEMS, INC., et
al.,

      Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to the parties' stipulation and proposed order of dismissal (Doc. # 40), which was filed on April 6, 2009.  The parties stipulate to the dismissal of this case with prejudice with each side to bear its own attorneys' fees and costs.[1]

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1)  Pursuant to Fed. R. Civ. P. 41, this case is **DISMISSED** with prejudice.  Each party shall bear its own attorneys' fees and costs.

(2)  The final pretrial conference scheduled for Thursday,

---

[1]Although the parties stipulate to the Court retaining jurisdiction to enforce the settlement agreement, the Court declines to retain jurisdiction for this limited purpose.  The parties may, however, file an appropriate motion to reopen the case should the need arise.

April 9, 2009, is hereby **CANCELLED**.

(3)  The clerk is directed to **CLOSE** this file and terminate

all previously scheduled deadlines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u>

day of April 2009.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies:

All Counsel of Record